# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

156149

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

LEVERT LYONS,
   Plaintiff-Appellee,

v

SCOTT C. KINSEL, JEFFREY D. HUNT, MOORE
LANDREY, LLP, ETHAN L. SHAW, JOHN P.
COWART, SHAW COWART, LLP, J. THOMAS
RHODES, III, FILEMON B. VELA, JR., RHODES
& VELA, GORDON T. CAREY, JR., and GORDON
T. CAREY, JR., PC,
   Defendants,
and

TARA J. WILLIAMS and LAW OFFICES OF
JAMES SCOTT FARRIN,
   Defendants-Appellants.

SC: 156149
COA: 329597
Wayne CC: 15-001381-NM

_____/

   On order of the Court, the application for leave to appeal the April 25, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk

t1213